United States District Court
Southern District of Texas
**ENTERED**
January 04, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **VITA INTERNATIONAL, INC.,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-01663 |
| § | |
| **FORO ENERGY, INC.,** *et al.*, § | |
| § | |
| **Defendants.** § | |

## FINAL JUDGMENT

Plaintiff Vita International, Inc. brought trade secret misappropriation and breach of contract claims against Defendant Foro Energy, Inc. The Court held a four-day bench trial on these claims beginning on August 10, 2021. Subsequently, the Court issued Findings of Fact and Conclusions of Law in favor of Defendant. (Doc. 91.)

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth in the Findings of Fact and Conclusions of Law, final judgment is hereby **ENTERED** for Defendant Foro Energy, Inc.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on January 4, 2022.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE